UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60971-CIV-COHN/SELTZER

MARLA GOMEZ-OROZCO,

    Plaintiff,

v.

PV ENTERPRISES INTERNATIONAL,
INC., and PANAGIOTIS VILLIOTIS,
a/k/a Peter Villiotis,

    Defendants.
_____/

## ORDER REGARDING ENTRY OF DEFAULT

**THIS CAUSE** is before the Court sua sponte.  On July 15, 2015, Plaintiff moved for entry of default against Defendants because they had not timely responded to the Complaint.  See DE 11.  The Clerk entered default against Defendants the next day.  See DE 12.  As of this date, however, Plaintiff has not yet moved for entry of a final default judgment against Defendants.  See Fed. R. Civ. P. 55(b)(2).  Accordingly, it is

**ORDERED AND ADJUDGED** that by **August 11, 2015,** Plaintiff shall file a motion for final default judgment against Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of July, 2015.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF